IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

| | |
|---|---|
| FLOVAL OIL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ILLINOIS NATIONAL INSURANCE CO. and TODD R. EHRENREICH, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, this matter is removed by Defendant Illinois National Insurance Company ("Illinois National") from the Circuit Court of Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Illinois National respectfully states the following grounds for removing this action:

1. Illinois National may remove this action to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

2. On or about July 17, 2009, Floval Oil Corporation ("Floval Oil") filed an action styled *Floval Oil Corp. v. Illinois National Insurance Co., et al.*, Case No. 09-56038CA02, in the Circuit Court of Miami-Dade County, Florida (the "State Court Action").

3. In its Complaint, Floval Oil alleges that Illinois National, as Floval Oil's liability insurer, acted in "bad faith" in failing to properly evaluate and settle four underlying wrongful death claims. Along with Illinois National, the Complaint in the State Court Action names as a

defendant an attorney Illinois National retained to assist with Floval Oil's defense of the wrongful death claims, Todd Ehrenreich, of Weinberg Wheeler Hudgins Gunn & Dial.  Count I, against Illinois National, alleges that it breached its duties of good faith to Floval Oil and is liable for judgments entered against Floval Oil in excess of policy limits.  Count II is a legal malpractice claim against Attorney Ehrenreich which also seeks recovery for Floval Oil's liability in connection with the wrongful death claims in excess of the policy limits.

4. On August 24, 2009, Illinois National timely filed an Answer in the State Court Action.

5. On or around October 1, 2009, Attorney Ehrenreich filed a Motion to Dismiss the State Court Action and an Amended Motion to Dismiss on October 2, 2009, that Plaintiff failed to state a cause of action for legal malpractice as a matter of law.  Count II of the Complaint is the only count against Attorney Ehrenreich.  The Motion to Dismiss at page 4 states "Plaintiff's Count II for Legal Negligence contains absolutely no factual foundation for Plaintiff's claim that Ehrenreich mishandled the representation of Floval Oil."  Furthermore, the cases cited by Attorney Ehrenreich in his Amended Motion assert that there are heightened pleading standards required by Florida law for a legal malpractice claim.  See pages 3 and 4 of the Amended Motion to Dismiss attached hereto as Attachment # (2).  Attorney Ehrenreich cites cases for the proposition that a dismissal with prejudice of a legal malpractice action is warranted where complaint stated insufficient legal conclusions and failed to allege sufficient ultimate facts to state a cause of action.  See page 3 of the Amended Motion to Dismiss attached hereto as Attachment # (2).  To date, Floval Oil has not objected or otherwise responded to the Motion to Dismiss nor has it set the Motion to Dismiss or Amended Motion to Dismiss for hearing.

6. To date, Attorney Ehrenreich has not filed an Answer in the State Court Action.

7. On June 28, 2010, Floval Oil filed a Notice For Trial pursuant to Florida Rule of Civil Procedure 1.440, asserting that the State Court Action is "at issue and ready to be set for trial."

8. Floval Oil's Notice For Trial constitutes an "amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable" pursuant to 28 U.S.C. § 1446(b).

9. Illinois National filed this Notice of Removal within thirty (30) days after it received Floval's Notice For Trial and within one year after commencement of the State Court Action, and, therefore, Illinois National's removal is timely pursuant to 28 U.S.C. § 1446(b).

10. Copies of all process, summons, and pleadings served on Illinois National in the State Court Action are attached hereto as Attachment # (2). Please note that the court file copy of Defendant Todd R. Ehrenreich's Motion to Dismiss, which was filed on October 1, 2009, is missing pages 3, 5 and 7.

11. Illinois National will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Miami-Dade County, Florida and provide written notice to the other parties, as provided by 28 U.S.C. § 1446(d).

## THE PARTIES

12. Plaintiff Floval Oil is a corporation organized under the laws of Florida, with its principal place of business in Florida.

13. Defendant Illinois National is a corporation organized under the laws of Illinois, with its principal place of business in Illinois.

14. Defendant Ehrenreich is a citizen of Florida.

## JURISDICTION AND VENUE

15. The jurisdiction of this Court is invoked under the provisions of 28 U.S.C. § 1332.

16. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

17. This action is subject to removal under 28 U.S.C. § 1441(b), because none of the parties in interest properly joined and served as defendants is a citizen of Florida, where plaintiff is domiciled and has its principal place of business and where the State Court Action is brought. Defendant Illinois National is not a citizen of Florida. Defendant Ehrenreich, although a citizen of Florida, is not properly joined as a defendant. Rather, Floval Oil's Notice For Trial demonstrates that the State Court Action will not proceed against Attorney Ehrenreich, and that Floval Oil's claim against Attorney Ehrenreich was improperly and fraudulently joined for the purpose of seeking to undermine federal jurisdiction.

18. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

**WHEREFORE**, Defendant Illinois National Insurance Company respectfully requests that the United States District Court for the Southern District of Florida assume complete jurisdiction over this action.

Respectfully submitted,

By: s/ Irene Porter
Irene Porter
Hicks, Porter, Ebenfeld & Stein, P.A.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
PH: 305.374.8171
FX: 305.372.8038
Email: iporter@mhickslaw.com
Fla. Bar No. 567280
Local Counsel for Defendant, Illinois National Insurance Co.

Joseph A. Hinkhouse
Phillip K. Beth
Hinkhouse Williams Walsh LLP
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
PH: 312.784.5454
FX: 312.784.5494
Counsel for Defendant Illinois National
Insurance Co. (pending admission Pro Hac Vice)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of **July, 2010**, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY: s/ Irene Porter
Irene Porter

## SERVICE LIST
**Floval Oil Corporation v. Illinois National Insurance Co. and Todd R. Ehrenreich**
**United States District Court, Southern District of Florida**

Richard W. Slawson, Esq.
Email: rws@slawsonlaw.com
Slawson, Cunningham, Whalen & Gaspari
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel:  561/625-6260
Fax:  561/625-6269
*Counsel for Plaintiff*

Philip Freidin, Esq.
Email: pfreidin@fdlaw.net
Freidin · Dobrinsky
One Biscayne Tower, Suite 3100
Two South Biscayne Boulevard
Miami, FL 33131
Tel:  305/371-3666
Fax:  305/371-6725
*Co-Counsel for Plaintiff*

Robert M. Klein, Esq.
Email: kleinr@stephenslynn.com
Lisa R. Harris, Esq.
Email: harrisl@stephenslynn.com
Stephens, Lynn, Klein, La Cava & Puya, P.A.
9130 South Dadeland Boulevard, PHII
Two Datran Center
Miami, FL 33156
Tel:  305/670-3700
Fax:  305/670-8592
*Counsel for Defendant, Ehrenreich*